No. 12–557.   IN RE SMITH ET UX.;
No. 12–7260.   IN RE O'LEARY;
No. 12–7294.   IN RE HIEN ANH DAO;
No. 12–7457.   IN RE JOHNSON;
No. 12–7625.   IN RE DENHAM; and
No. 12–7724.   IN RE ADETILOYE.   Petitions for writs of mandamus denied.

No. 12–7222.   IN RE GREGORY.   Petition for writ of mandamus and/or prohibition denied.

No. 12–119.   MILLER v. CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 12–210.   EASTON v. UNITED STATES.   C. A. Armed Forces. Certiorari denied.

No. 12–222.   ORAVEC v. COLE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BEARCRANE, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 12–223.   CHAFEE, GOVERNOR OF RHODE ISLAND v. UNITED STATES ET AL.; and
No. 12–230.   PLEAU v. UNITED STATES ET AL.   C. A. 1st Cir. Certiorari denied.   Reported below: 680 F. 3d 1.

No. 12–235.   THOMSEN v. STANTEC, INC.   C. A. 2d Cir.   Certiorari denied.

No. 12–402.   RATES TECHNOLOGY, INC. v. SPEAKEASY, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 12–407.   BASS PRO OUTDOOR WORLD, LLC v. KELLY.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 12–410.   CLUCK v. UNION PACIFIC RAILROAD CO.   Sup. Ct. Mo.   Certiorari denied.